**United States District Court**

For the Northern District of California

1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

In re: CHASE BANK USA, N.A. "CHECK
LOAN" CONTRACT LITIGATION

_____/

M:09–cv-2032 MMC

**ORDER DIRECTING PLAINTIFFS TO
SUBMIT CHAMBERS COPY OF
OPERATIVE COMPLAINTS**

11

12      By order of the United States Judicial Panel on Multidistrict Litigation, filed June 26,

13  2009, the nine actions listed below have been transferred to this District and assigned to

14  the undersigned.  To facilitate the Court's review of the instant matter, the Court hereby

15  DIRECTS the plaintiff(s) in each action listed below to submit, no later than July 24, 2009, a

16  chambers copy of the operative complaint filed in the transferor district court:

17          <u>Foshe v. Chase Bank USA, N.A.</u>, C-09-2961 MMC

18          <u>Glesny v. Chase Bank USA, N.A.</u>, C-09-2963 MMC

19          <u>Miller v. JP Morgan Chase & Co.</u>, C-09-2999 MMC

20          <u>Goodman v. Chase Bank USA, N.A.</u>, C-09-3035 MMC

21          <u>Laakman v. Chase Bank USA, N.A.</u>, C-09-3036 MMC

22          <u>Woods v. JP Morgan Chase & Co.</u>, C-09-3037 MMC

23          <u>Glenn v. Chase Bank USA, N.A.</u>, C-09-3038 MMC

24          <u>Clausen v. Chase Bank USA, N.A.</u>, C-09-3039 MMC

25          <u>Carnahan v. Chase Bank USA, N.A.</u>, C-09-3040

26      **IT IS SO ORDERED.**

27  Dated:  July 10, 2009

28                                                          MAXINE M. CHESNEY
                                                            United States District Judge