1 | Elizabeth J. Cabraser (State Bar No. 83151)
2 | Barry R. Himmelstein (State Bar No. 157736)
    Michael W. Sobol (State Bar No. 194857)
3 | Roger N. Heller (State Bar No. 215348)
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
4 | 275 Battery Street, 30th Floor
    San Francisco, CA  94111-3336
5 | Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008
6
7 | Plaintiffs' Liaison Counsel
    [Additional counsel listed on signature page]
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CHASE BANK USA, N.A., "CHECK LOAN" CONTRACT LITIGATION | ) ) ) ) ) ) ) ) ) | Master Case No. M:09-cv-02032-MMC<br><br>[PROPOSED] ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL |
|---|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS. | | |

This Court having fully considered Jennifer Fountain Connolly's Motion for Withdrawal of Counsel, the motion is GRANTED.

IT IS SO ORDERED this  10th  day of   May   , 2010.

*/s/ Maxine M. Chesney*

PROPOSED ORDER                                                    Master Case No. M:09-cv-02032-MMC